IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>RAZVAN TRASCA,<br><br>                Defendant. | **8:24-CR-87**<br><br>**ORDER** |

This matter is before the Court on the defendant's unopposed Motion to Continue . Filing 120. The defendant was indicted on several counts of fraud and pleaded guilty to these counts on September 3, 2024. Filing 100 (Text Order); *see also* Filing 116 (adopting the magistrate judge's Findings and Recommendation that the defendant's change plea should be accepted). The defendant seeks a 90-day continuance "of the sentencing hearing currently scheduled for December 5, 2024, and all related sentencing and pretrial deadlines" in light of a Superseding Indictment charging the defendant with separate and additional offenses. Filing 120. The Court will grant the defendant's Motion as it pertains to pretrial deadlines and cancel the sentencing scheduled for December 5, 2024. The Court will schedule a new sentencing date after there is a resolution on the counts in the Superseding Indictment against the defendant. The Court further orders that the period of continuance shall be excluded from the speedy trial calculation.

IT IS ORDERED:

1. The Motion to Continue, Filing 120, is granted in part and denied in part as set out above;

2. Pretrial motions shall be filed by January 28, 2025;

3. The sentencing hearing currently scheduled for December 5, 2024, is cancelled and will be rescheduled by further order of the Court; and

4. In accordance with 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice will be served by granting this motion and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between October 16, 2024, and January 28, 2025, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant this motion would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and the novelty and complexity of the case. The failure to grant this motion might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B). Failing to timely object to this Order as provided under this Court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

Dated this 16th day of October, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge